# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Thrivent Financial for Lutherans, et al.

**v.**

Securities and Exchange Commission

**Case No:** 25-1047

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Securities and Exchange Commission

### Counsel Information

**Lead Counsel:** Emily True Parise

**Direct Phone:** (202) 551-5169   **Fax:** ( ) -   **Email:** parisee@sec.gov

**2nd Counsel:** Jeffrey A. Berger

**Direct Phone:** (202) 551-5112   **Fax:** ( ) -   **Email:** bergerj@sec.gov

**3rd Counsel:** Tracey A. Hardin

**Direct Phone:** (202) 551-5048   **Fax:** ( ) -   **Email:** hardint@sec.gov

**Firm Name:** Securities and Exchange Commission

**Firm Address:** 100 F St. NE, Washington, DC 20549

**Firm Phone:** ( ) -   **Fax:** ( ) -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)