# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS AND THRIVENT INVESTMENT MANAGEMENT INC., | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. 25-1047 |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Respondent. | ) ) | |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES
## (D.C. CIR. R. 28(a)(1) & FED. R. APP. P. 26.1)

Pursuant to D.C. Circuit Rule 28(a)(1) and Federal Rule of Appellate Procedure 26.1, Petitioners Thrivent Financial for Lutherans and Thrivent Investment Management Inc., certify as follows:

**A.     Parties and Amici.**

Petitioners: Thrivent Financial for Lutherans ("Thrivent") and Thrivent Investment Management Inc. ("TIMI").

Respondent: United States Securities and Exchange Commission ("SEC" or "Commission").

Intervenors: None.

Amici: None.

**B.  Rulings Under Review.**

Petitioners seek review, under 5 U.S.C. § 702, 5 U.S.C. § 706, and 15 U.S.C. § 78y(b)(1), of the Commission's final order denying Petitioners' rulemaking petition (Commission File No. 4-781). The Commission's denial, dated December 18, 2024, is included as Attachment 2 to the Docketing Statement Petitioners filed concurrently with this filing and also was included as Exhibit A to Petitioners' Petition for Review, filed with this Court on February 5, 2025. No Federal Register citation or formal agency citation exists for the Commission's denial.

**C.  Related Cases.**

Petitioners are unaware of any other cases seeking review of the same order at issue in the instant petition.

**PETITIONERS' CIRCUIT RULE 26.1 DISCLOSURE STATEMENTS**

Pursuant to Federal Rule of Appellate Procedure 26.1 and District of Columbia Circuit Rule 26.1, Petitioner Thrivent Financial for Lutherans states that it is a fraternal benefit society organized and existing under the laws of the State of Wisconsin, that it has no parent company, and that no publicly held company has a 10% or greater ownership interest in it.

Pursuant to Federal Rule of Appellate Procedure 26.1 and District of Columbia Circuit Rule 26.1, Petitioner Thrivent Investment Management Inc. states that it is a broker-dealer organized and existing under the laws of the State of Delaware, that it is wholly owned by Petitioner Thrivent Financial for Lutherans,

and that no publicly held company has a 10% or greater ownership interest in it.

Dated: March 7, 2025                        /s/ P. Randolph Seybold
Andrew B. Kay
P. Randolph Seybold
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4000
ABKay@venable.com

Kyle H. Keraga
VENABLE LLP
750 East Pratt Street, 9th Floor
Baltimore, MD 21202
(410) 244-7412

*Counsel for Thrivent Financial for Lutherans and Thrivent Investment Management Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2025, I caused the foregoing Certificate as to Parties, Rulings, and Related Cases to be filed with the Clerk of the Court of the United States Court of Appeals for the District of Columbia Circuit using the Court's CM/ECF system and that service will be accomplished by the Court's CM/ECF system.

/s/ P. Randolph Seybold